# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUIE NABONG,<br><br>                    Plaintiff,<br><br>     v.<br><br>OFELIA PADDAYUMAN and MARIA CRISTINA LOUISE SY,<br><br>                    Defendants. | No. 1:17-cv-00400-RC<br><br>Hon. Rudolph Contreras |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties to this action hereby stipulate to the dismissal with prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated:  February 19, 2019                         Respectfully submitted,

*s/  Robert M. Stern*
Robert M. Stern (D.C. Bar No. 478742)
Daniel K. Streim (D.C. Bar No. 1023478)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center
1152 15th Street NW
Washington, D.C. 20005
Telephone: 202-339-8400
Facsimile:  202-339-8500
rstern@orrick.com
dstreim@orrick.com

*Counsel for Plaintiff*

*s/ John T. Szymkowicz*[*]
John T. Szymkowicz (D.C. Bar No. 946079)
J.P. Szymkowicz (D.C. Bar No. 462146)
**SZYMKOWICZ & SZYMKOWICZ, LLP**
P.O. Box 57333
Washington, DC 20037
Telephone: 202-862-8500
john@szymkowicz.com
jp@szymkowicz.com

*Counsel for Defendant Paddayuman*

*s/ Maria Cristina Louise*[*]
Maria Cristina Louise
12103 Green Leaf Ct., Unit 302
Fairfax, VA 22033
Telephone: 571-277-7620
mclouise2016@gmail.com

*Pro se Defendant*

---

[*] Signed with permission.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Columbia using the CM/ECF system on February 19, 2019.

The following counsel of record who are registered CM/ECF users will be served by the CM/ECF system:

John T. Szymkowicz (D.C. Bar No. 946079)
J.P. Szymkowicz (D.C. Bar No. 462146)
**SZYMKOWICZ & SZYMKOWICZ, LLP**
P.O. Box 57333
Washington, DC 20037
Telephone: 202-862-8500
john@szymkowicz.com
jp@szymkowicz.com


The following party will be served by First Class mail:

Maria Cristina Louise
12103 Green Leaf Ct., Unit 302
Fairfax, VA 22033

               *s/ Robert M. Stern*
                 Robert M. Stern